*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided October 25, 2000

BELLA VISTA CONDOMINIUM ASSOCIATION, INC. *v.* BENJAMIN GYADU ET AL.

MCDONALD, C. J., and SULLIVAN and VERTEFEU-ILLE, Js., did not participate in the consideration or decision of this petition.

*Benjamin Gyadu*, pro se, in support of the petition.

Decided October 25, 2000

DONALD FEE *v.* COMMISSIONER OF CORRECTION

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Carlos E. Candal*, special public defender, in support of the petition.

*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided October 31, 2000

STATE OF CONNECTICUT *v.* JOAO NUNES

*Kent Drager,* senior assistant public defender, in support of the petition.

*Harry Weller,* senior assistant state's attorney, in opposition.

Decided October 31, 2000

STATE OF CONNECTICUT *v.* OMAR J. MILLER

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Omar J. Miller,* pro se, in support of the petition.

Decided October 31, 2000

JAMES DAY *v.* CITY OF MIDDLETOWN ET AL.

PALMER, J., did not participate in the consideration or decision of this petition.

*James F. Aspell,* in support of the petition.

Decided October 31, 2000

STATE OF CONNECTICUT *v.* MOHAMMED ALI